# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagåtña, Guam 96910**

| | |
|---|---|
| David J. Lubofsky,<br><br>Plaintiff,<br><br>vs.<br><br>Government of Guam, et al.,<br><br>Defendants. | Case No. 1:06-cv-00012<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the Scheduling Notice filed July 3, 2006, on the date indicated below:

A. Alexander Gorman
July 6, 2006

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date(s) the:

Scheduling Notice filed July 3, 2006

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: July 6, 2006                                     /s/ Virginia T. Kilgore
                                                                    Deputy Clerk