FILED
DISTRICT COURT OF GUAM
JUL 19 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| DAVID J. LUBOFSKY, | Civil Case No. 06-00012 |
| Plaintiff, | |
| vs. | |
| GOVERNMENT OF GUAM and GOVERNMENT OF GUAM RETIREMENT FUND, | MINUTES |
| Defendants. | |

(√) SCHEDULING CONFERENCE   ( ) PRELIMINARY PRETRIAL CONFERENCE
(July 19, 2005, at 10:03 a.m.)

( ) FINAL PRETRIAL CONFERENCE   ( ) STATUS CONFERENCE

**Notes**: Attorney William Gavras appeared on behalf of the Plaintiff. Assistant Attorney General Joseph Guthrie appeared on behalf of the Government of Guam.

Judge Manibusan inquired into the status of service upon the Defendants. Mr. Gavras stated that service has not been effected to date at the request of Patrick Mason, counsel for defendant Government of Guam Retirement Fund, since the parties were in the process of settling this dispute without further Court action. Mr. Gavras further claimed that the Plaintiff was presently receiving retirement benefits, so he anticipated a formal, written proposed settlement agreement to be reached prior to the 120-day deadline for service under Fed. R. Civ. P. 4(m).

Judge Manibusan advised Mr. Gavras to serve the Defendants prior to August 25 (the 120th day from the filing of the Complaint) if a settlement is not reached prior to then since failure to do so could result in the dismissal of this action, which could have detrimental and preclusive effects for the Plaintiff. Judge Manibusan continued the scheduling conference to Tuesday, August 29, 2006, at 10:00 a.m.

The conference concluded at 10:10 a.m.

Dated: July 19, 2006.

_____
JUDITH P. HATTORI
Law Clerk

-2-