William L. Gavras, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2ND Floor, J & R Building
208 Route 4
Hagatna, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Plaintiff
DAVID J. LUBOFSKY

**FILED**
DISTRICT COURT OF GUAM
AUG 28 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE U.S. DISTRICT COURT

## OF GUAM

| | |
|---|---|
| DAVID J. LUBOFSKY, | CIVIL CASE NO. CV06-00012 |
| Plaintiff, | |
| vs. | NOTICE OF DISMISSAL |
| GOVERNMENT OF GUAM; GOVERNMENT OF GUAM RETIREMENT FUND | |
| Defendants. | |

Comes Now Plaintiff, by and through counsel, and as no Defendant has answered hereby dismisses this action pursuant to Rule 41(a)(1).

LAW OFFICES OF GORMAN & GAVRAS

Date: August 28, 2006

BY: _____
WILLIAM L. GAVRAS, ESQ.
Attorneys for Plaintiff
DAVID J. LUBOFSKY

ORIGINAL