## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| David J. Lubofsky, | Civil Case No. 1:06-cv-00012 |
| Plaintiff, | |
| vs. | **J U D G M E N T** |
| Government of Guam, et al., | |
| Defendants. | |

Judgment is hereby entered in accordance with the Notice of Dismissal filed on August 28, 2006.

Dated this 29th day of August, 2006, Hagatna, Guam.

/s/ **Mary L.M. Moran**
Clerk of Court